SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Fax: (510)637-3724
   Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00238-MHP |
|     Plaintiff, ) | |
| v. ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| RANDALL DAVES, ) | |
|     Defendant. ) | |

TO:    The Honorable BERNARD ZIMMERMAN, Magistrate Judge of the United States District Court for the Northern District of California:

The petition of Michelle Morgan-Kelly, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Randall Daves, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the

//

//

//

//

//

1  prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner
2  prays that this Court issue the Writ as presented.
3  DATED: June 27, 2007                        Respectfully submitted,
4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5
6                                              _____/s/_____
                                               MICHELLE MORGAN-KELLY
7                                              Assistant United States Attorney
8
   **IT IS SO ORDERED.**
9
   DATED: June  27th , 2007
10                                             HONORABLE BERNARD ZIMMERMAN
                                               United States Magistrate Judge



**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:  **FRED ROCHA,** Acting United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the San Francisco County Jail, San Bruno, California:

### GREETINGS

WE COMMAND that on July 2, 2007, at 10:00 a.m., you have and produce the body of Randall Daves, Inmate #2228731, in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Marilyn Hall Patel, United States Magistrate Judge, 450 Golden Gate Avenue, 18th Floor, San Francisco, California, so Randall Daves may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Randall Daves, and further to produce Randall Daves at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Bernard Zimmerman, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:   June  27th, 2007     CLERK, UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

By _____*Rose Maher*_____
DEPUTY CLERK- Rose Maher