SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax: (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00238-MHP |
|     Plaintiff, ) | PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM JULY 2, 2007 THROUGH JULY 23, 2007 UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| RANDALL DAVES, ) | |
|     Defendant. ) | |
| | The Honorable Marilyn Hall Patel |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on the instant matter on July 2, 2007 for a status hearing before the Court.

2. At the July 2, 2007 appearance, the parties requested a continuance based upon effective preparation of counsel in order for the government to prepare discovery and for defense counsel to review discovery. ~~In addition, the defendant currently is facing a state prosecution on separate charges and is detained by the state pending the outcome of those proceedings.~~ Accordingly, the court set a date for a status hearing for July 23, 2007 at 9:00 a.m., and the ~~parties~~ government requested that the time period from July 2, 2007 through July 23, 2007 be excluded from the calculation of time under the Speedy Trial Act. The defense agreed, subject to provision of discovery by 7/6/07.

1

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). In addition, defendant is involved in other proceedings relating to other charges against him. See id. § 3161(h)(1)(D). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, this matter is continued until July 23, 2007 at 9:00 a.m., and the time period from July 2, 2007 through July 23, 2007 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

SCOTT N. SCHOOLS
United States Attorney

DATED: 7/6/07

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 7/11/07

SHAWN HALBERT
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 17, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
No. CR 07-00238-MHP