1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0238 MHP |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM AUGUST 28, 2007 TO SEPTEMBER 24, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| v. | ) | |
| RANDALL DAVES, | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. The parties are scheduled to appear before this Court on August 28, 2007 for status. Defendant's appearance at the status appearance was waived in light of pending state court appearances and in order to facilitate his return to San Bruno Jail.

2. The parties jointly request that the matter be continued to September 24, 2007 for the following reasons: Not only are both counsel are unavailable on August 28, 2007, but independent of that unavailability, undersigned defense counsel requests a continuance because based on information received from the defense attorney in the state case, the status of the state case will still be unsettled on August 28, 2007, and the parties believe that the disposition of the federal case may be influenced by the disposition of the state case.

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from August 28, 2007 to September 24, 2007.  The parties concur that failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in discovery and other case preparation and are awaiting resolution of the state charges pending against the defendant.

IT IS SO STIPULATED.

DATED: 8/17/07                                          /s/
                                                    ERIKA R. FRICK
                                                    Assistant United States Attorney

DATED: 8/16/07                                          /s/
                                                    SHAWN HALBERT
                                                    Attorney for Randall Daves

### PROPOSED ORDER

The next status date in this matter, scheduled for August 28, 2007, shall be continued to September 24, 2007 at  10  a.m.  Defendant's appearance on September 24, 2007 is waived. The time between August 28, 2007 and September 24, 2007 is excluded under the Speedy Trial Act because failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in discovery and other case preparation and are awaiting resolution of the state charges pending against the defendant, and for continuity of counsel.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: August 23, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP                                          2