SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0238 MHP |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME |
| v. | ) ) | FROM JULY 23, 2007 TO AUGUST 28, 2007 FROM THE SPEEDY TRIAL ACT |
| RANDALL DAVES, | ) ) | CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| Defendant. | ) ) | |

On July 23, 2007, the parties appeared before Your Honor. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a status hearing before your Honor on August 28, 2007, at 10 a.m., at which the defendant's appearance is waived; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 23, 2007 to August 28, 2007. The parties agreed, and the Court found and held, as follows:

    1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP

reasonable time necessary for effective case preparation because the parties are still engaged in discovery and other case preparation and are awaiting resolution of the state charges pending against the defendant.

  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 23, 2007 to August 28, 2007 outweighed the best interest of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 23, 2007 to August 28, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

  4. The Court scheduled a status hearing before your Honor on August 28, 2007, at 10 a.m.  The Court indicated that the defendant's appearance at that hearing is waived.

  IT IS SO STIPULATED.

DATED: September 17, 2007       /s/
                ERIKA R. FRICK
                Assistant United States Attorney

DATED: September 17, 2007       /s/
                SHAWN HALBERT
                Attorney for Randall Daves

**IT IS SO ORDERED.**

DATED: 9/19/2007



STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP        2