1    BARRY J. PORTMAN
     Federal Public Defender
2    SHAWN HALBERT
     Assistant Federal Public Defender
3    450 Golden Gate Avenue
     San Francisco, CA 94102
4    Telephone: (415) 436-7700

5    Counsel for Defendant DAVES

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,        )    No. CR 07-0238 MHP
                                      )
13            Plaintiff,              )    [PROPOSED] ORDER AND
                                      )    STIPULATION CONTINUING STATUS
14       v.                           )    DATE FROM FEBRUARY 11, 2008 TO
                                      )    MARCH 31, 2008 AND EXCLUDING
15   RANDALL DAVES,                   )    TIME FROM THE SPEEDY TRIAL ACT
                                      )    CALCULATION (18 U.S.C.
16            Defendant.              )    § 3161(h)(8)(A) & (B)(iv))
                                      )
17   _____

18

19        The undersigned parties stipulate as follows:

20   1.   The parties are scheduled to appear before this Court on February 11, 2008 at 10:00 a.m. for

          status.

21
22   2.   The parties jointly request that the matter be continued to March 31, 2008 or some other date

23        convenient to the Court. Mr. Daves is currently in state custody facing charges in state court

24        that carry substantially higher penalties than does the federal case. Because a resolution in

25        the state case is highly likely to effect a resolution in the federal case, the parties agree that

26        the federal case should be continued. The state court trial date is May, 2008, but Mr. Daves'

27        defense counsel in the state case has indicated to undersigned defense counsel that the state

28        case could resolve much sooner than that. Undersigned defense counsel has received a

     STIPULATION AND [PROPOSED] ORDER
     CR 07-0238 MHP

confidential "under seal" document from the state case relating to a possible resolution of the state case, which she has provided to the government counsel under seal and which could be provided to this Court under seal if the Court wishes.

3.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from February 11, 2008 to March 31, 2008.   The parties concur that failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged case preparation and are awaiting resolution of the state charges pending against the defendant.

    IT IS SO STIPULATED.


DATED: February 6, 2008            _____/s/_____
                                   ERIKA R. FRICK
                                   Assistant United States Attorney


DATED: February 6, 2008            _____/s/_____
                                   SHAWN HALBERT
                                   Attorney for Randall Daves

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP                         2

**~~PROPOSED~~ ORDER**

The next status date in this matter, scheduled for February 11, 2008 at 10:00 a.m. shall be continued to March 31, 2008 at 10:00 a.m. The time between February 11, 2008 and March 31, 2008 is excluded under the Speedy Trial Act because failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in case preparation and are awaiting resolution of the state charges pending against the defendant. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:  2/6/2008

THE H_____
United S_____

