BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant DAVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0238 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS DATE |
| v. ) | FROM MARCH 31, 2008 TO JUNE 9, |
| ) | 2008 AND EXCLUDING TIME FROM |
| RANDALL DAVES, ) | THE SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. |
| Defendant. ) | § 3161(h)(8)(A) & (B)(iv)) |
| ) | |

The undersigned parties stipulate as follows:

1. The parties are scheduled to appear before this Court on March 31, 2008 at 10:00 a.m. for status.

2. The parties request that the matter be continued to June 9, 2008 or some other date convenient to the Court. Mr. Daves is currently in state custody facing charges in state court that carry substantially higher penalties than does the federal case. Because a resolution in the state case is highly likely to effect a resolution in the federal case, the parties agree that the federal case should be continued. The state court trial date is May, 2008, and while undersigned defense counsel had hoped that the case might be resolved sooner than May, it appears that the case will not resolve before then, although a plea agreement in the state case

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP

1  is still a good possibility.  A previous stipulation to this Court referenced a confidential
2  "under seal" document from the state case relating to a possible resolution of the state case,
3  which could be provided to this Court under seal if the Court wishes.  Further, in light of the
4  fact that undersigned counsel is full-time in the Oakland office, the case will be transferred to
5  AFPD Steve Kalar in the San Francisco office, who will file a Notice of Appearance shortly.
6  3.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
7  § 3161(h)(8)(A) & (B)(iv), from March 31, 2008 to June 9, 2008.   The parties concur that
8  failure to grant the requested continuance would unreasonably deny both government and
9  defense counsel reasonable time necessary for effective case preparation because the parties
10 are still engaged case preparation and are awaiting resolution of the state charges pending
11 against the defendant.
12 IT IS SO STIPULATED.
13
14 DATED:  March 14, 2008                      _____/s/_____
                                               ERIKA R. FRICK
15                                             Assistant United States Attorney
16
17 DATED:  March 14, 2008                      _____/s/_____
                                               SHAWN HALBERT
18                                             Assistant Federal Public Defender
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP                             2

**~~PROPOSED~~ ORDER**

The next status date in this matter, scheduled for March 31, 2008 at 10:00 a.m., shall be continued to June 9, 2008 at 10:00 a.m.  The time between March 31, 2008 and June 9, 2008 is excluded under the Speedy Trial Act because failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in case preparation and are awaiting resolution of the state charges pending against the defendant, and for continuity of counsel.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: 3/18/2008



THE HONORABLE MARILYN H. PATEL
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0238 MHP                                       3