JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CASBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    E-Mail: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 0238 MHP |
|     Plaintiff, ) | |
| v. ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| RANDALL DAVES, ) | |
|     Defendant. ) | |

    To the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Randall Daves. The prisoner is required to appear in the above-referenced matter on May 18, 2009, before the Honorable Marilyn Hall Patel for a status appearance and change of plea. His place of custody and jailor are set forth in the

//

//

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 07 0238 MHP

1  //
2  following writ.
3
4  DATED:  April 27, 2009                    Respectfully submitted,
5                                            JOSEPH P. RUSSONIELLO
   United States Attorney
6
7
                                             _____/s/_____
8                                            ERIKA R. FRICK
                                             Assistant United States Attorney
9
10 IT IS SO ORDERED.
11
12 DATED:   4/29/2009
13
14                                           _____
                                             HON. BERNARD ZIMMERMAN
                                             United ...
15
16                                           IT IS SO ORDERED
                                             Judge Marilyn H. Patel
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 07 0238 MHP

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the San Francisco City and County Jail: No. 3 - Men Jail, 1 Moreland Drive, San Bruno, CA 94066, (650) 266-7501.

**GREETINGS**

The prisoner, Randall Daves, Inmate # 2291997, is in custody in the above-referenced institution.  He is required to appear on May 18, 2009, on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner before the Honorable Marilyn Hall Patel, United States District Judge of the Northern District of California on May 18, 2009, at 10 a.m. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                                           CLERK
                                                 UNITED STATES DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA


                                                 _____
                                                 DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, CR 07 0238 MHP