| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | SHAWN HALBERT |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
| | Facsimile: (415) 436-7706 |
| 5 | |
| | Counsel for Defendant RANDALL DAVES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00238 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | DATE |
| RANDALL DAVES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties are scheduled to appear before this Court on August 24, 2009, at 9:00 a.m., for sentencing.

Due to a variety of legal and procedural issues relating to the case, counsel for both sides request that the sentencing date be continued to October 19, 2009.  Because U.S. Probation has not yet been provided with all of the necessary materials for the report (because of the issues

//

//

//

//

//

//

STIP. & [PROPOSED] ORDER
No. CR 07-00238 MHP                                                                                                                                          1

1 | referenced above), U.S. Probation believes that a continuance would be helpful.  Mr. Daves
2 | continues to be held in state custody.
3 |     IT IS SO STIPULATED.

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

7 | DATED: July 17, 2009            _____/s/_____
                                    ERIKA FRICK
                                    Assistant United States Attorney

10 | DATED: July 17, 2009           _____/s/_____
                                    SHAWN HALBERT
                                    Assistant Federal Public Defender

14 |     For the reasons stated above, the Court finds that the sentencing date in this matter should
15 | be continued from August 24, 2009, to October 19, 2009, at 9:00 a.m.
16 |     IT IS SO ORDERED.

18 | DATED: 7/24/2009               _____
                                    MARILYN H. PATEL
                                    United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel (signature stamp, United States District Court, Northern District of California)

STIP. & [PROPOSED] ORDER
No. CR 07-00238 MHP                                                                              2