BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant RANDALL DAVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-00238 MHP |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING SENTENCING DATE |
| v. | ) | |
| | ) | |
| RANDALL DAVES | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties are scheduled to appear before this Court on October 19, 2009 at 9:00 a.m. for

sentencing.

Due to a variety of legal and procedural issues relating to the case, counsel for both sides

request that the sentencing date be continued to November 16, 2009.  U.S. Probation concurs.

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. & [PROPOSED] ORDER
CR No. 07-00238 MHP                                                                                              1

1   Mr. Daves continues to be held in state custody.

2   SO STIPULATED:

3                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
4

5
    DATED:  October 13, 2009            _____/s/_____
6                                       ERIKA FRICK
                                        Assistant United States Attorney
7

8
    DATED:  October 13, 2009            _____/s/_____
9                                       SHAWN HALBERT
                                        Assistant Federal Public Defender
10

11

12          For the reasons stated above, the Court finds that the sentencing date in this matter should

13   be continued from October 19, 2009 to November 16, 2009 at 9:00 a.m.

14

15   SO ORDERED.

16

17   DATED:  __10/14/2009____           _____

18                                      THE HONORABLE MARILYN H. PATEL
                                        United States District Judge
19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER
CR No. 07-00238 MHP                                                              2