1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant RANDALL DAVES

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-00238 MHP |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
| v. ) | NOVEMBER 16, 2009 TO JANUARY 25, 2010 |
| RANDALL DAVES ) ) | |
| Defendant. ) | |

   The parties are scheduled to appear before this Court on November 16, 2009 at 9:00 a.m. for sentencing.  Due to developments in defendant Randy Daves' state case, which has been pending since 2005 but which he now anticipates will resolve on or before January 8, 2010, the defense requests a continuance of the sentencing date in this matter to January 25, 2010 because the resolution of the state case may effect the overall length of Mr. Daves' time in custody as well as the place where he will serve his sentence(s).  The government has no objection to this request. The U.S. Probation officer is also available on January 25, 2010.  The parties anticipate that this will be the final request for a continuance in this case.  Mr. Daves continues to be held in state

/ / /

/ / /

/ / /

1 | custody.

2 | SO STIPULATED:

3 | JOSEPH P. RUSSONIELLO
United States Attorney

DATED: November 9, 2009                 /s/
ERIKA FRICK
Assistant United States Attorney


DATED: November 9, 2009                 /s/
SHAWN HALBERT
Assistant Federal Public Defender


[~~PROPOSED~~] ORDER

For the reasons stated above, the Court continues the sentencing date in this matter from November 16, 2009 to January 25, 2010 at 9:00 a.m.

SO ORDERED.

DATED: 11/12/2009

THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel*

STIP. & [PROPOSED] ORDER
CR No. 07-00238 MHP