BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant RANDALL DAVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR No. 07-00238 MHP |
| Plaintiff,                    ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FROM |
| v.                            ) | MARCH 22, 2010 TO MAY 3, 2010 |
| RANDALL DAVES                 ) | |
| Defendant.                    ) | |

The parties are scheduled to appear before this Court on March 22, 2010 at 9:00 a.m. for sentencing. Due to last-minute developments in defendant Randy Daves' state case, the defendant requests a final continuance of the sentencing date. For the reasons stated below, the government has no objection to this request. As the defense has previously informed the Court, the resolution of the state case may affect the overall length of Mr. Daves' time in custody as well as the place where he will serve his sentence(s). Mr. Daves continues to be held in state custody. Mr. Daves and/or his attorney Michael Gaines have been keeping undersigned defense counsel apprised of the status of the state case; as of today, Mr. Daves and his attorney have technically been set for trial since February 26, 2010 but they have been waiting at 850 Bryant Street for a courtroom for almost two weeks; the parties are attempting to reach a last-minute settlement before finding a courtroom for trial. If Mr. Daves is convicted, sentencing would take

1 place approximately one month after conviction, so the defense suggests May 3, 2010 or some
2 date thereafter convenient to the Court for sentencing.  The government is amenable to this date.
3 SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 11, 2010              /s/
ERIKA FRICK
Assistant United States Attorney

DATED: March 11, 2010              /s/
SHAWN HALBERT
Assistant Federal Public Defender

[PROPOSED] ORDER

   For the reasons stated above, the Court continues the sentencing date in this matter from March 22, 2010 to May 3, 2010 at 9:00 a.m.

SO ORDERED.

DATED:  3/12/2010

THE HONORABLE MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER
CR No. 07-00238 MHP                                                                                                2